

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>HASSAN SALEH SALEH, and<br>ALI KHALIL ELREDA,<br><br>           Defendants. | CR No. **07-00522**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy;<br>31 U.S.C. § 5332:<br>Bulk Cash Smuggling; 31 U.S.C.<br>§ 5316(a),(b): Failure to<br>Report Exporting Monetary<br>Instruments; 18 U.S.C.<br>§ 1001(a)(2): False Statement] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A.  OBJECT OF THE CONSPIRACY

Beginning on a date unknown and continuing until on or about September 7, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendants HASSAN SALEH SALEH, ALI KHALIL ELREDA, and others known and unknown to the

Grand Jury, conspired and agreed with each other to knowingly conceal more than $10,000 in currency or other monetary instruments with the intent to evade a currency reporting requirement and for the purpose of transporting such currency or monetary instruments outside the United States, in violation of Title 31, United States Code, Sections 5332 and 5316(a),(b).

B.  **MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED**

The object of the conspiracy was to be accomplished, in substance, as follows:

1.  Defendant HASSAN SALEH SALEH would arrange for more than $100,000 in Western Union money orders and more than $10,000 in Bank of America cashier's checks to be concealed in a child's toy.

2.  Defendant HASSAN SALEH SALEH would provide that toy, with the money orders and cashier's checks hidden inside, to defendant ALI KHALIL ELREDA.

3.  Defendant ALI KHALIL ELREDA would arrange to travel from Los Angeles International Airport ("LAX") to Damascus, Syria, on an Air France flight via Paris.

4.  Defendant ALI KHALIL ELREDA would carry the toy, with the money orders hidden inside, in his checked luggage on an Air France jet leaving LAX and destined for Paris.

5.  Defendant ALI KHALIL ELREDA, prior to boarding the flight for Paris, would falsely complete a Department of Treasury Form (specifically FinCEN Form 105, also known as Customs Form 4790) Report of International Transportation of Currency or Monetary Instruments under penalty of perjury declaring that he carried only $12,140 in cash and no other monetary instruments in

an effort to take the money orders and the cashier's checks to France, Syria, and eventually on to Lebanon, without reporting his possession of these items.

6. Defendant HASSAN SALEH SALEH would pay defendant ALI KHALIL ELREDA for transporting the money orders and cashier's checks on behalf of defendant HASSAN SALEH SALEH.

C. OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants and their co-conspirators committed the following overt acts, among others, within the Central District of California:

1. On or about August 14, 2006, defendant HASSAN SALEH SALEH told defendant ALI KHALIL ELREDA that he would pay defendant ELREDA to carry money orders and cashier's checks out of the United States to Lebanon.

2. On or about September 4, 2006, defendant HASSAN SALEH SALEH told defendant ALI KHALIL ELREDA that he would hide money orders and cashier's checks in a child's toy for defendant ELREDA to take on an airline flight outside the United States.

3. On or about September 4, 2006, defendant ALI KHALIL ELREDA told defendant HASSAN SALEH SALEH that he would put the money orders and cashier's checks given to him by defendant HASSAN SALEH SALEH in luggage defendant ALI KHALIL ELREDA would take on the flight.

4. On or about September 7, 2006, defendant ALI KHALIL ELREDA went to Los Angeles International Airport to board a plane from Los Angeles to Damascus, Syria, via Paris, France.

5. On or about September 7, 2006, ALI KHALIL ELREDA

checked baggage at the Air France terminal for a flight to Paris, France, which contained money orders and cashier's checks concealed in a child's toy.

6.  On or about September 7, 2006, defendant ALI KHALIL ELREDA completed FinCEN Form 105, also known as Customs Form 4790 (Report of International Transportation of Currency or Monetary Instruments) as he prepared to depart LAX on a flight to Paris, France, and claimed that he carried only $12,140 in cash and no other monetary instruments.

7.  On or about September 7, 2006, defendant ALI KHALIL ELREDA carried boarding passes to fly on Air France from Beirut, Lebanon to Paris, France, and Paris, France to LAX on September 27, 2006.

COUNT TWO

[31 U.S.C. § 5332(a)(1)]

On or about September 7, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendants HASSAN SALEH SALEH and ALI KHALIL ELREDA knowingly concealed, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, specifically FinCEN Form 105, also known as Customs Form 4790 (Report of International Transportation of Currency or Monetary Instruments) more than $10,000 in United States currency or other monetary instruments, that is, approximately $110,600 in Western Union money orders and $10,900 in Bank of America cashier's checks, in luggage, merchandise and other containers belonging to defendant ALI KHALIL ELREDA, and attempted to transport this currency from a place in the United States to a place outside the United States, namely, France, Syria, and Lebanon.

COUNT THREE

[31 U.S.C. § 5316(a), (b)]

On or about September 7, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant ALI KHALIL ELREDA knowingly and willfully failed to file an accurate report as required by and described in Title 31, United States Code, Section 5316(b), specifically FinCEN Form 105, also known as Customs Form 4790 (Report of International Transportation of Currency or Monetary Instruments), in that ALI KHALIL ELREDA falsely claimed that he was transporting currency and monetary instruments with a total value of $12,140, when in fact he was knowingly transporting, and about to transport, monetary instruments of more than $12,140 at one time, that is, approximately $110,600 in Western Union money orders and $10,900 in Bank of America cashier's checks, from a place in the United States to a place outside the United States, namely France, Syria, and Lebanon.

COUNT FOUR

[18 U.S.C. § 1001(a)(2)]

On or about September 7, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant ALI KHALIL ELREDA knowingly and willfully made a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the United States Department of Homeland Security, Customs and Border Protection, a department in the executive branch of the United States government, in that defendant ELREDA stated and represented to agents of that department that he was transporting currency and monetary instruments with a total value of $12,140, when, as defendant well knew, he was transporting, and about to transport, more than $120,000 in United States currency and monetary instruments, that is, approximately $110,600 in Western Union money orders and $10,900 in Bank of America cashier's checks.

A TRUE BILL

/s/
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division


PATRICK R. FITZGERALD
CAROLE C. PETERSON
Assistant United States Attorneys
National Security Section