FILED
CLERK, U.S. DISTRICT COURT
AUG 1 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ✱ CR 07-522-ODW ✱ <br> CR 07-1268-ODW <br> CR 07-1269-ODW |
| Plaintiff, | ORDER OF DETENTION AFTER |
| v. | HEARING ( Fed.R.Crim.P. 32.1(a)(6) <br> Allegations of Violations of Probation |
| Ali Khalil Elreda | Supervised Release) <br> Conditions of Release) |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- nature of alleged violations
- past criminal history

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- absence of current info re: ties to community + available bail resources

IT IS ORDERED that defendant be detained.

DATED: 8/13/10

*(signature)*
~~JOHN E. MCDERMOTT~~ CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

2