UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-522 ODW |
| Plaintiff, | JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION & |
| v. | REINSTATEMENT OF SUPERVISED RELEASE, AND IMPOSITION OF |
| 2. ALI KHALIL ELREDA, | SENTENCE |
| Defendant. | |

On August 30, 2010, the matter came on regularly for hearing on the Petition on Probation and Supervised Release (Citation) filed on July 13, 2010("Petition") and the Petition on Probation and Supervised Release (Amendment) filed August 27, 2010 ("Amended Peition"). Appearing on behalf of the Defendant was Gilbert R. Geilim-Morales, and appearing on behalf of the Government was Assistant United States Attorney Patrick Fitzgerald. Also present was United States Probation Officer Robert D. Chavez.

The defendant, after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of Allegation Nos. One, Two, Three, Four, and Five as contained in the Petition and Amended Petition.

On September 27, 2010, the Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California entered on April 20, 2009. The Court ordered the defendant's Supervised Release revoked, vacated and reinstated.

On this date, the Court orders that defendant is to be committed to the custody of the Bureau of Prisons for a period of eight (8) months, to be served concurrently with the sentences imposed on this date in Case Nos. CR 07-1268-ODW-1 and CR 07-1269-ODW-1.

Upon release from imprisonment, the defendant shall be placed on Supervised Release for a period of twenty-eight (28) months, to be served concurrently with the term of supervised release imposed on this date in CR 07-1268-ODW-1 and CR 07-1269-ODW-1; under the terms and conditions set forth in the Judgment and Probation/Commitment Order entered April 20, 2009; and under the following additional terms/conditions:

1. Defendant is required to participate in mental health treatment, which may include evaluation and counseling, until discharged by the treatment provider, with approval of the Probation Officer. The defendant shall pay all or part of the costs of treatment to the treatment provider and submit proof to the Probation Officer. Additionally, it is ordered that defendant shall reside for a period not to exceed one hundred and eighty (180) days in Gateways Residential Reentry Center (community corrections component) as directed by the Probation

```
 1         Officer, and shall observe the rules and regulations of the
 2         that facility. The subsistence fee shall be waived.
 3
 4         IT IS SO ORDERED.
 5
 6  Dated:   September 27, 2010
 7                                      OTIS D. WRIGHT
 8                                      United States District Judge
 9  CC:  USPO
10       U.S. MARSHAL
```

3